ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Oil Housing Management Services, Inc. | ) | ASBCA No. 62815 |
| | ) | |
| Under Contract No. W9124C-20-P-0179 | ) | |

APPEARANCE FOR THE APPELLANT:  Michael S. Wernick, Esq.
                                Harrison, NJ

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
                                  Army Chief Trial Attorney
                                 Robert B. Neill, Esq.
                                 MAJ Mark T. Robinson, JA
                                  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 8, 2021

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62815, Appeal of Oil Housing Management Services, Inc., rendered in conformance with the Board's Charter.

Dated: July 8, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals